IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DERRICK L. BOSLEY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | CIVIL ACTION 06-0435-WS-M |
| : | |
| **ALLIED WASTE,** : | |
| : | |
| **Defendant.** : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 22nd day of February, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE